IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

**JEFF ELLISON,**

    Plaintiff,

v.                                                        Civil Action No. 2:17-cv-03827

**CREDIT ACCEPTANCE CORPORATION,**

    Defendant.

## STIPULATION REGARDING CONFIDENTIALITY

Plaintiff Jeff Ellison, by Counsel, and Defendant Credit Acceptance Corporation ("Credit Acceptance"), by counsel, hereby stipulate that they have resolved the pending motions regarding confidentiality designations (ECF# 50, 51, 61, 67, 75, and 76), and that the following Exhibits are deemed confidential and will not be publicly available until trial at which point the Court will make further ruling: ECF# 46 Exhibits 5 & 6; ECF # 50 Exhibit 1; ECF # 51 Exhibit 1; ECF # 61 Exhibits 5 & 6; ECF # 67 Exhibit 5; ECF # 75 Exhibit 1; and ECF # 76 Exhibit 1.

Dated: August 31, 2018                     Respectfully submitted,

                                                        */s/ Jason Manning*
                                                        John C. Lynch (WV Bar No. 6627)
                                                       Jason E. Manning (WV Bar No. 11277)
                                                       Troutman Sanders LLP
                                                       222 Central Park Avenue, Suite 2000
                                                       Virginia Beach, Virginia 23462
                                                       *Counsel for Defendant*


                                                       */s/ Ben Sheridan*
                                                       Benjamin M. Sheridan, Esq.
                                                       Klein & Sheridan, LC
                                                       3566 Teays Valley Road
                                                       Hurricane, WV  25526
                                                       *Counsel for Plaintiff*
                                                       36254384